**SEALED**

**FILED**
MAY - 3 2022

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
MAY 3, 2022 SESSION

UNITED STATES OF AMERICA

v.            CRIMINAL NO. 2:22-cr-00095
                                   18 U.S.C. § 922(g)(4)
                                   18 U.S.C. § 924(a)(2)

JAMES GOULD

**INDICTMENT**

The Grand Jury Charges:

1. On or about February 18, 2022, at or near Ravenswood, Jackson County, West Virginia, and within the Southern District of West Virginia, defendant JAMES GOULD did knowingly possess a firearm, that is, a Remington, 11-87, 12 gage shotgun, in and affecting interstate commerce.

2. At the time defendant JAMES GOULD possessed the aforesaid firearm, he had been adjudicated mentally defective and had been involuntarily committed in Jackson County, West Virginia, on or about July 30, 2019.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

                                               WILLIAM S. THOMPSON
                                               United States Attorney

By: _____
                            NEGAR M. KORDESTANI
                            Assistant United States Attorney