

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                 CRIMINAL ACTION NO. 2:22-cr-00095

JAMES GOULD,

           Defendant.

**WRITTEN PLEA OF GUILTY**

In the presence of Lex A. Coleman, my counsel, who has fully explained the charge contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in the Indictment.

DATE: 10/12/23

DEFENDANT

WITNESS:

COUNSEL FOR DEFENDANT